No. 846.  WALLER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari granted and case set for oral argument immediately following No. 1099 [*Ashe* v. *Swenson,* 393 U. S. 1115].  *Melvin L. Wulf* and *Gardner W. Beckett, Jr.,* for petitioner.  *Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 515, Misc.  MOON *v.* MARYLAND.  Ct. App. Md. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.  Case transferred to appellate docket and set for argument immediately following No. 477 [*ante,* p. 918].  In addition to the questions presented by the petition for writ of certiorari, counsel requested to brief and argue question of retroactivity of *North Carolina* v. *Pearce, ante,* p. 711, and *Simpson* v. *Rice, ante,* p. 711.  *Robert Anthony Jacques* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Edward F. Borgerding,* First Assistant Attorney General, and *Thomas A. Garland,* Assistant Attorney General, for respondent.

No. 1254, Misc.  PRICE *v.* GEORGIA.  Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.  Case transferred to appellate docket and set for oral argument immediately following No. 515, Misc., *supra.*  In addition to questions presented by petition for a writ of certiorari, counsel requested to brief and argue question of retroactivity of *Benton* v. *Maryland, ante,* p. 784, and whether that decision is applicable to this case.  *Allyn M. Wallace* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon* and *Mathew Robins,* Assistant Attorneys General, for respondent.